UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE Z. AGUIRRE,<br><br>      Plaintiff,<br><br>   v.<br><br>AMERICAN SEAFOODS CO.,<br><br>      Defendants.<br>_____/ | No. C-11-03744 DMR<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

The court is in receipt of the parties' stipulated request for an order extending time for Defendants to respond to the complaint in this action. [Docket No. 10.] The request is granted. Defendants shall make an appearance and file a responsive pleading in this action by no later than January 13, 2012. No further extensions of the deadline regarding Defendants' responsive pleading will be granted. Defendants shall also file a consent or declination to proceed before a United States Magistrate Judge by no later than January 13, 2012.

IT IS SO ORDERED.

Dated: December 5, 2011

DONNA M. RYU
United States Magistrate Judge